UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  O6 - 2105M |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER OF PRETRIAL DETENTION AFTER HEARING (18 U.S.C. § 3142(i)) |
| v. | ) ) | |
| Wilbur Alfredo Vidal, | ) ) ) | |
| Defendant. | ) ) | |

I.

A.   (  ) Upon motion of the Government in a case that involves:

    1.   (  ) a crime of violence or an offense listed in
        18 U.S.C. § 2332b(g)(5)(B), for which a
        maximum term of imprisonment of ten (10)
        years or more is prescribed; or

    2.   (  ) an offense for which the maximum sentence is
        life imprisonment or death; or

    3.   (  ) an offense for which a maximum term of
        imprisonment of ten (10) years or more is
        prescribed in the Controlled Substances Act,
        Controlled Substances Import and Export Act
        or Maritime Drug Law Enforcement Act; or

4.  (  ) any felony if defendant has been convicted of
two or more offenses described in
subparagraphs 1-3 above, or two or more state
or local offenses that would have been
offenses described in subparagraphs 1-3 above
if a circumstance giving rise to federal
jurisdiction had existed, or a combination of
such offenses.

5.  (  ) any felony that is not otherwise a crime of
violence that involves a minor victim, or
possession or use of a firearm or destructive
device or any other dangerous weapon, or a
failure to register under 18 U.S.C. § 2250.

B.  Upon motion ( ✓ ) of by the Government (  ) of the Court <u>sua
sponte</u>, in a case that involves:

1.  ( ✓ ) a serious risk that defendant will flee;

2.  (  ) a serious risk that defendant will

a.  (  ) obstruct or attempt to obstruct justice;
or

b.  (  ) threaten, injure, or intimidate a
prospective witness or juror or attempt
to do so.

C.  The Government ( ) is ( ✓ is not entitled to a rebuttable
presumption that no condition or combination of conditions will
reasonably assure defendant's appearance as required and the safety of
any person or the community.

2

II.

A. ( ✓ )   The Court finds by a preponderance of the evidence
           that no condition or combination of conditions
           will reasonably assure the appearance of defendant
           as required;

B. ( ✓ )   The Court finds by clear and convincing evidence
           that no condition or combination of conditions
           will reasonably assure the safety of any other
           person and the community.

III.

The Court has considered:

A. ( ✓ )   the nature and circumstances of the offense(s) charged;

B. ( ✓ )   the weight of the evidence against defendant;

C. ( ✓ )   the history and characteristics of defendant;

D. ( ✓ )   the nature and seriousness of the danger to any person
           or the community that would be posed by defendant's
           release;

E. ( ✓ )   the Pretrial Services Report/Recommendation;

F. ( ✓ )   the evidence proffered/presented at the hearing;

G. ( ✓ )   the arguments of counsel.

///
///
///
///
///
///

3

IV.

The Court concludes:

A. ( ✓ ) Defendant poses a risk to the safety of other persons and the community based on: _criminal history;_ _instant offense allegation._

B. ( ✓ ) Defendant poses a serious flight risk based on: _lack of known boyfriend + bail resource information; multiple aliases; immigration status; parole status_

C. ( ) A serious risk exists that defendant will:

    1. ( ) obstruct or attempt to obstruct justice;

    2. ( ) threaten, injure or intimidate a prospective witness or juror or attempt to do so;

based on: _____

_____

_____

_____

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the safety of any other person and the community;

and/or

4

1    ( ) Defendant has not rebutted by sufficient evidence to
2        the contrary the presumption provided in 18 U.S.C.
3        § 3142(e) that no condition or combination of
4        conditions will reasonably assure the appearance of
5        defendant as required.

6    IT IS ORDERED that defendant be detained prior to trial.

7    IT IS FURTHER ORDERED that defendant be committed to the custody
8    of the Attorney General for confinement to a corrections facility
9    separate, to the extent practicable, from persons awaiting or serving
10   sentences or persons held in custody pending appeal.

11   IT IS FURTHER ORDERED that defendant be afforded reasonable
12   opportunity for private consultation with defendant's counsel.

13   IT IS FURTHER ORDERED that, on Order of a Court of the United
14   States or on request of an attorney for the Government, the person in
15   charge of the corrections facility in which defendant is confined
16   deliver defendant to a United States Marshal for the purpose of an
17   appearance in connection with a court proceeding.

18   DATED:    11/24/10

19
20
21                        HONORABLE JACQUELINE CHOOLJIAN
                          United States Magistrate Judge
22
23
24
25
26
27
28

5